### Joel C. McGuire *v.* James M. McGuire.

[Abstract Kentucky Law Reporter, Vol. 1—328.]

**Partition of Land by Contract.**

When it is agreed by two parties that land is to be divided between them, in the absence of proof to the contrary, the conclusion must be that it was the intention to divide the land into two equal parts.

APPEAL FROM CARTER CIRCUIT COURT.

October 22, 1880.

OPINION BY JUDGE HINES:

The evidence in this case appears to us sufficient to warrant the judgment of the court. The statement by appellant himself is that it was agreed that the land was to be divided between appellee and himself, and, in the absence of proof to the contrary, the conclusion would be that it was the intention and agreement of the parties to divide the land into two equal parts. This strengthens the evidence in support of the claim of appellee that there was a mistake in drawing the bond, and upon this point the preponderance, if not the decided weight of the evidence, is to the effect that there was a mistake.

Judgment *affirmed*.

*J. R. Bott, E. B. Wilhoit, for appellant.*

*R. D. Davis, for appellee.*